IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

RONALD PHILLIPS ,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

Case No.  5D23-297
LT Case No. 16-2006-CF-17283-CXXX

Decision filed April 18, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Ronald Phillips, Lake City, pro se.

Ashley Moody, Attorney General,
and Adam Wilson, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., EDWARDS and BOATWRIGHT, JJ., concur.